IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEIZEN FRIAS,<br><br>　　　　Defendant. | **Case No.:** CR 21–0030 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

| | | |
|---|---|---|
| 1 | | In order to provide additional time for the U.S. Probation Officer to complete the Presentence Report, the parties stipulate and jointly request that the sentencing date in the above-captioned case be continued from May 19, 2021, to July 14, 2021. |

In order to provide additional time for the U.S. Probation Officer to complete the Presentence Report, the parties stipulate and jointly request that the sentencing date in the above-captioned case be continued from May 19, 2021, to July 14, 2021.

IT IS SO STIPULATED.

May 5, 2021  
Dated

STEPHANIE HINDS  
Acting United States Attorney  
Northern District of California

/S  
DAN KARMEL  
Assistant United States Attorney

May 5, 2021  
Dated

GEOFFREY HANSEN  
Acting Federal Public Defender  
Northern District of California

/S  
DANIEL P. BLANK  
Assistant Federal Public Defender

IT IS SO ORDERED.

05/07/2021  
Dated

EDWARD M. CHEN  
United States District Judge